ERIC GRANT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN CARRASCO,<br><br>Defendant. | CASE NO. 2:26-CR-00133-DJC<br><br>[~~PROPOSED~~] ORDER UNSEALING INDICTMENT |

The United States' motion to unseal the Indictment in the above-referenced case is GRANTED. The Clerk of the Court is directed to unseal the original Indictment and to file it on the public docket.

DATED: July 24, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE