LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 9609-9370
toddleras@gmail.com
Attorney for Defendant
JONATHAN CARRASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JONATHAN CARRASCO,<br>Defendant. | Case No.: 2:26-cr-0133 DJC<br><br>WAIVER OF PERSONAL APPEARANCE AND ORDER |

Jonathan Carrasco, defendant in the above-entitled action, hereby waives his right to be present in open court as provided in Rule 43 of the Federal Rules of Criminal Procedure for any status conference or non-evidentiary motion hearing in this matter. The appearance waiver includes any appearance involving a continuance either before or after trial, including a hearing at which a trial date is selected. The waiver does not extend to arraignment, entry of plea, change of plea, any motion hearing at which evidence and/or testimony is presented, or any trial stage from selecting a jury to verdict, nor does it apply to imposition of sentence.

The defendant requests that the Court proceed during every permitted absence as set out in the preceding paragraph. Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney in the same manner as if he were personally present in court. He further agrees that he will be present in court and ready for trial of the matter on any day or hour that the Court may fix in his absence.

Defendant acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18, United States Code, Sections 3161-3174). Defendant expressly authorizes his attorney to set dates, including permissible delays and continuances pursuant to the Speedy Trial Act, without the requirement of his being personally present.

DATED: July 31, 2026

By Signed Version Filed on ECF
JONATHAN CARRASCO
Defendant

I agree with and consent to Defendant Jonathan Carrasco's waiver of personal appearance at future proceedings.

DATED: July 31, 2026

By /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
JONATHAN CARRASCO

IT IS SO ORDERED.

Dated: August 7, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE