LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
JONATHAN CARRASCO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN CARRASCO,<br><br>Defendant. | Case No.: 2:26-cr-0133 DJC<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date: September 24, 2026<br>Time: 9:00 a.m.<br>Court: Hon. Daniel J. Calabretta |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Cameron L. Desmond, and Defendant Jonathan Carrasco by and through Attorney Todd D. Leras, stipulate as follows:

1. The grand jury returned the Indictment in this case on July 23, 2026. The matter is presently set for an initial status conference on September 24, 2026.

2. By this Stipulation, Defendant requests to continue the status conference to December 10, 2026, and to exclude time between September 24, 2026, and December 10, 2026, for attorney preparation under Local Code T4.

3. This matter involves alleged distribution of a fentanyl analogue known as carfentanil. The Drug Enforcement Administration conducted controlled purchases of carfentanil in Stockton from a courier believed to be connected to source of supply located in Tucson, Arizona. DEA's investigation lasted approximately one year from June 2025 to June 2026. The investigation ultimately concluded that Defendant Jonathan Carrasco supplied the pills delivered by the courier during the Stockton controlled purchases.

4. The United States released to defense counsel, on August 3, 2026, discovery materials consisting of written reports regarding the controlled purchase operations conducted during investigation of this matter. On September 18, 2026, the government released supplemental discovery materials consisting of an additional report and six video files.

5. Defense counsel is in the process of reviewing these materials with his client, discussing potential defenses, and initiating defense investigation. This process is somewhat complicated by the fact that the controlled purchase operations occurred in Stockton, California – which is located approximately fifty miles south of downtown Sacramento. Jonathan Carrasco lives in Tucson. Potential witnesses in this case are

therefore located in the areas of Stockton and Tucson. As a result, defense investigation necessarily involves travel to these areas.

6. Counsel for Defendant Jonathan Carrasco believes that failure to grant the requested continuance would deny the defense the reasonable time necessary for effective preparation, considering the exercise of due diligence.
7. The government does not object to the continuance.
8. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et. seq. For the purpose of computing time under the Speedy Trial Act within which trial must commence, the time period from September 24, 2026, to December 10, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendants' request on the basis that the Court find the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.
9. Nothing in this Stipulation and Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

Assistant U.S. Attorney Cameron Desmond has reviewed this document and authorized Todd D. Leras via email to sign it on her behalf.

DATED: September 21, 2026

By /s/ *Todd D. Leras for*
CAMERON L. DESMOND
Assistant United States Attorney

DATED: September 21, 2026

By *_/s/ Todd D. Leras_*
TODD D. LERAS
Attorney for Defendant
JONATHAN CARRASCO

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE GOVERNMENT AND DEFENSE COUNSEL, it is hereby ordered that the status conference for this matter, scheduled to occur on September 24, 2026, is vacated. A new status conference is scheduled for December 10, 2026, at 9:00 a.m. The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), B(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 24, 2026, up to and including December 10, 2026.

IT IS SO ORDERED.

Dated: September 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE